UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 2:17-BK-05930-DPC
 §
TINA M CARTER §
 §
 §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Dina L. Anderson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,111.25 | Assets Exempt: | $7,815.67 |
| Total Distributions to Claimants: | $405.85 | Claims Discharged Without Payment: | $346,121.92 |
| Total Expenses of Administration: | $206.96 | | |

3) Total gross receipts of $696.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $83.19 (see **Exhibit 2),** yielded net receipts of $612.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $15,103.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $206.96 | $206.96 | $206.96 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $342,318.45 | $58,236.97 | $58,236.97 | $405.85 |
| **Total Disbursements** | $357,421.45 | $58,443.93 | $58,443.93 | $612.81 |

4). This case was originally filed under chapter 7 on 05/26/2017. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2018    By:  /s/ Dina L. Anderson
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| SAVINGS ONEAZ FEDERAL CREDIT UNION | 1129-000 | $42.09 |
| 2017 State Tax Refund | 1224-000 | $363.52 |
| Non Exempt Wages | 1229-000 | $290.39 |
| **TOTAL GROSS RECEIPTS** | | **$696.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TINA CARTER | Funds to Third Parties | 8500-002 | $83.19 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$83.19** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIZENS BANK | 4210-000 | $15,103.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$15,103.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dina L. Anderson, Trustee | 2100-000 | NA | $153.20 | $153.20 | $153.20 |
| Dina L. Anderson, Trustee | 2200-000 | NA | $51.41 | $51.41 | $51.41 |
| Independent Bank | 2600-000 | NA | $0.91 | $0.91 | $0.91 |
| Integrity Bank | 2600-000 | NA | $1.44 | $1.44 | $1.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$206.96** | **$206.96** | **$206.96** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent | 7100-000 | $401.00 | $401.05 | $401.05 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 1; TD Bank, USA by American InfoSource LP as agent) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.79 |
| 2 | Quantum3 Group LLC/MOMA Funding LLC | 7100-000 | $934.00 | $934.68 | $934.68 | $6.51 |
| 3 | Quantum3 Group LLC/MOMA Funding LLC | 7100-000 | $613.00 | $613.62 | $613.62 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; Quantum3 Group LLC/MOMA Funding LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.28 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $907.00 | $907.16 | $907.16 | $6.32 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $2,889.00 | $2,889.50 | $2,889.50 | $20.14 |
| 6 | Navient Solutions, LLC | 7100-000 | $2,556.00 | $3,400.80 | $3,400.80 | $23.70 |
| 7 | UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | $36,979.00 | $40,306.51 | $40,306.51 | $280.89 |
| 8 | Ashley Funding Services, LLC | 7100-000 | $15.38 | $15.38 | $15.38 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; Ashley Funding Services, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.11 |
| 9 | Ashley Funding Services, LLC | 7100-000 | $10.09 | $10.09 | $10.09 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Ashley Funding Services, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.07 |
| 10 | Ashley Funding Services, LLC | 7100-000 | $32.10 | $32.10 | $32.10 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 10; Ashley Funding Services, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Midland Funding LLC | 7100-000 | $1,217.42 | $1,252.42 | $1,252.42 | $8.73 |
| 12 | Midland Funding LLC | 7100-000 | $2,738.66 | $2,738.66 | $2,738.66 | $19.09 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | $463.00 | $462.52 | $462.52 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 13; Portfolio Recovery Associates, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.22 |
| 14 | Capital One, N.A. | 7100-000 | $2,791.00 | $2,791.71 | $2,791.71 | $19.46 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | $1,481.00 | $1,480.77 | $1,480.77 | $10.32 |
| | ANDREW LAWSON COUNSELING | 7100-000 | $157.50 | $0.00 | $0.00 | $0.00 |
| | BAYSIDE APARTMENTS | 7100-000 | $202.78 | $0.00 | $0.00 | $0.00 |
| | BRADLEY FOLKESTAD MD | 7100-000 | $283.44 | $0.00 | $0.00 | $0.00 |
| | COLLECTION SERVICE BUR | 7100-000 | $422.00 | $0.00 | $0.00 | $0.00 |
| | DELTA MGMT ASSOCIATES | 7100-000 | $70.16 | $0.00 | $0.00 | $0.00 |
| | DESERT VALLEY PEDIATRICS | 7100-000 | $303.36 | $0.00 | $0.00 | $0.00 |
| | LCA | 7100-000 | $27.67 | $0.00 | $0.00 | $0.00 |
| | MIDLAND FUNDING | 7100-000 | $1,252.00 | $0.00 | $0.00 | $0.00 |
| | NATIONSTAR MORTGAGE LLC | 7100-000 | $262,367.00 | $0.00 | $0.00 | $0.00 |
| | NAVIENT | 7100-000 | $765.00 | $0.00 | $0.00 | $0.00 |
| | PAID IN FULL | 7100-000 | $8,672.56 | $0.00 | $0.00 | $0.00 |
| | PAID IN FULL | 7100-000 | $2,164.52 | $0.00 | $0.00 | $0.00 |
| | SARAH ANN RANCH HOMEOWNERS ASSOC. | 7100-000 | $10,800.00 | $0.00 | $0.00 | $0.00 |
| | SOUTHWEST DIAGNOSTIC IMAGING | 7100-000 | $34.81 | $0.00 | $0.00 | $0.00 |
| | STANISLAUS CREDIT CONTROL SERVICES, INC. | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
| | SYNCHRONY BANK/GAP | 7100-000 | $723.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $342,318.45 | $58,236.97 | $58,236.97 | $405.85 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

Exhibit 8

| Case No.: | 17-05930-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CARTER, TINA M | Date Filed (f) or Converted (c): | 05/26/2017 (f) |
| For the Period Ending: | 11/8/2018 | §341(a) Meeting Date: | 07/03/2017 |
| | | Claims Bar Date: | 09/12/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 2015 KIA SORENTO | $12,000.00 | $0.00 | | $0.00 | FA |
| 2 | MISCELLANEOUS HOUSEHOLD FURNISHINGS | $700.00 | $0.00 | | $0.00 | FA |
| 3 | MISCELLANEOUS CLOTHING | $500.00 | $100.00 | | $0.00 | FA |
| 4 | CHECKING ONEAZ | $111.40 | $0.00 | | $0.00 | FA |
| 5 | SAVINGS ONEAZ FEDERAL CREDIT UNION | $42.00 | $42.09 | | $42.09 | FA |
| 6 | PENSION ARIZONA STATE RETIREMENT THROUGH EMPLOYER | Unknown | $0.00 | | $0.00 | FA |
| 7 | TERM LIFE THROUGH EMPLOYER VOYA | Unknown | $0.00 | | $0.00 | FA |
| 8 | Non Exempt Wages (u) | $290.39 | $290.39 | | $290.39 | FA |
| 9 | 2017 State Tax Refund (u) | $696.00 | $280.33 | | $363.52 | FA |
| 10 | CHECKING BANK OF AMERICA #4723 (u) | $11.25 | $0.40 | | $0.00 | FA |
| **Asset Notes:** | Added per Amended Sched. B (DE 11) | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $14,351.04 | $713.21 | | $696.00 | $0.00 |

**Major Activities affecting case closing:**
11/09/2018    TDR submitted to USTO on 11/09/18

**Initial Projected Date Of Final Report (TFR):** 01/03/2019         /s/ DINA L. ANDERSON
**Current Projected Date Of Final Report (TFR):** 01/03/2019         DINA L. ANDERSON

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-05930-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CARTER, TINA M | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4441 | Checking Acct #: | ******5930 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/26/2017 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2018 | | State of Arizona | 2017 Arizona State Tax Refund; Nonexempt assets | | * | $696.00 | | $696.00 |
| | {5} | | Nonexempt bank funds | $42.09 | 1129-000 | | | $696.00 |
| | {8} | | Nonexempt wages | $290.39 | 1229-000 | | | $696.00 |
| | {9} | | 2017 State Tax Refund | $363.52 | 1224-000 | | | $696.00 |
| 06/15/2018 | 1001 | TINA CARTER | Debtor's pro rata share of 2017 State tax refund | | 8500-002 | | $83.19 | $612.81 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $0.54 | $612.27 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $0.90 | $611.37 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | | 2600-000 | | $0.14 | $611.23 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | | 2600-000 | | ($0.14) | $611.37 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | | 2600-000 | | $10.69 | $600.68 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | | 2600-000 | | ($10.69) | $611.37 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | | 2600-000 | | $0.91 | $610.46 |
| 10/03/2018 | 1002 | Dina L. Anderson | Trustee Expenses | | 2200-000 | | $51.41 | $559.05 |
| 10/03/2018 | 1003 | Dina L. Anderson | Trustee Compensation | | 2100-000 | | $153.20 | $405.85 |
| 10/03/2018 | 1004 | Clerk, US Bankruptcy Court | Small Dividends | | * | | $10.69 | $395.16 |
| | | | Claim Amount | $(2.79) | 7100-001 | | | $395.16 |
| | | | Claim Amount | $(4.28) | 7100-001 | | | $395.16 |
| | | | Claim Amount | $(0.11) | 7100-001 | | | $395.16 |
| | | | Claim Amount | $(0.07) | 7100-001 | | | $395.16 |
| | | | Claim Amount | $(0.22) | 7100-001 | | | $395.16 |
| | | | Claim Amount | $(3.22) | 7100-001 | | | $395.16 |
| 10/03/2018 | 1005 | Quantum3 Group LLC/MOMA Funding LLC | Claim #: 2; Distribution Dividend: 0.70%; Account Number: 0585 (Comenity Bank/Victoria's Secret); | | 7100-000 | | $6.51 | $388.65 |
| 10/03/2018 | 1006 | Capital One Bank (USA), N.A. | Claim #: 4; Distribution Dividend: 0.70%; Account Number: 8729 (4928); | | 7100-000 | | $6.32 | $382.33 |
| 10/03/2018 | 1007 | Capital One Bank (USA), N.A. | Claim #: 5; Distribution Dividend: 0.70%; Account Number: 0896 (2873); | | 7100-000 | | $20.14 | $362.19 |
| 10/03/2018 | 1008 | Navient Solutions, LLC | Claim #: 6; Distribution Dividend: 0.70%; Account Number: 3863; | | 7100-000 | | $23.70 | $338.49 |
| | | | SUBTOTALS | | | $696.00 | $357.51 | |

| Case No. | 17-05930-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CARTER, TINA M | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4441 | Checking Acct #: | ******5930 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/26/2017 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2018 | 1009 | UNITED STATES DEPARTMENT OF EDUCATION | Claim #: 7; Distribution Dividend: 0.70%; Account Number: 3863; | 7100-000 | | $280.89 | $57.60 |
| 10/03/2018 | 1010 | Midland Funding LLC | Claim #: 11; Distribution Dividend: 0.70%; Account Number: 1779 (Synchrony Bank/Amazon); | 7100-000 | | $8.73 | $48.87 |
| 10/03/2018 | 1011 | Midland Funding LLC | Claim #: 12; Distribution Dividend: 0.70%; Account Number: 3584 (Citibank); | 7100-000 | | $19.09 | $29.78 |
| 10/03/2018 | 1012 | Capital One, N.A. | Claim #: 14; Distribution Dividend: 0.70%; Account Number: 7516 (Kohl's); | 7100-000 | | $19.46 | $10.32 |
| 10/03/2018 | 1013 | Portfolio Recovery Associates, LLC | Claim #: 15; Distribution Dividend: 0.70%; Account Number: 2010 (Synchrony Bank/Walmart); | 7100-000 | | $10.32 | $0.00 |
| | | | TOTALS: | | $696.00 | $696.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $696.00 | $696.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $696.00 | $696.00 | |

**For the period of 5/26/2017 to 11/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $696.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $696.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $612.81 |
| Total Non-Compensable Disbursements: | $83.19 |
| Total Comp/Non Comp Disbursements: | $696.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/13/2018 to 11/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $696.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $696.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $612.81 |
| Total Non-Compensable Disbursements: | $83.19 |
| Total Comp/Non Comp Disbursements: | $696.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 17-05930-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CARTER, TINA M | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4441 | Checking Acct #: | ******5930 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/26/2017 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $696.00 | $696.00 | $0.00 |

| For the period of 5/26/2017 to 11/8/2018 | | For the entire history of the case between 05/26/2017 to 11/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $696.00 | Total Compensable Receipts: | $696.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $696.00 | Total Comp/Non Comp Receipts: | $696.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $612.81 | Total Compensable Disbursements: | $612.81 |
| Total Non-Compensable Disbursements: | $83.19 | Total Non-Compensable Disbursements: | $83.19 |
| Total Comp/Non Comp Disbursements: | $696.00 | Total Comp/Non Comp Disbursements: | $696.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON